# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Manuel Eleisa,<br><br>              Petitioner,<br>v.<br><br>Natalie Wood, et al.,<br><br>              Respondents. | Case No. 2:21-cv-00734-JAD-EJY<br><br>**Order Dismissing Case Based on Petitioner's Failure to Comply with Court Order** |

Carlos Manuel Eleisa brings this habeas corpus petition to challenge his 2015 state-court convictions for burglary, first-degree kidnapping, assault, battery domestic violence, and robbery. His appointed counsel, James Hoffman, Esq., represents that Eleisa was released from prison before counsel was appointed to represent him in the state habeas case.[1] Mr. Hoffman further provides that he filed the four-page federal petition in an effort to preserve Eleisa's rights despite the fact that he has never been in contact with Eleisa.[2] Mr. Hoffman moved to withdraw and in my order granting that motion, I instructed Eleisa to immediately provide the court a written notice of any change of address in accordance with the Local Rules of Practice.[3] To date, the petitioner has not provided the court with his current address or taken any action to further prosecute this case.

IT IS THEREFORE ORDERED that Petitioner's Carlos Manuel Eleisa's Petition for Writ of Habeas Corpus **[ECF No. 1] is DISMISSED WITHOUT PREJUDICE** based on his failure to comply with the court's order [ECF No. 5] or the Local Rule of Practice.

IT IS FURTHER ORDERED that **petitioner is denied a certificate of appealability** because jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

---

[1] *Id.*

[2] *Id.*

[3] ECF No. 5.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to:**

- ADD Nevada Attorney General Aaron D. Ford as counsel for Respondents. No response is required from respondents other than to respond to any orders of a reviewing court;
- Informally SERVE the Nevada Attorney General with the petition and this order by sending a notice of electronic filing to the Nevada Attorney General's office; and
- ENTER FINAL JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 2, 2022